UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE KOWALL, ROGER KAHN, PAUL
OPSOMMER, JOSEPH HAVEMAN,
DAVID E. NATHAN, SCOTT DIANDA,
CLARK HARDER, MARY VALENTINE,           No. 1:19-cv-00985
DOUGLAS SPADE and MARK
MEADOWS,                                HON. JANET T. NEFF

    Plaintiffs,                         MAG. PHILLIP J. GREEN

v

JOCELYN BENSON, in her official
capacity as Secretary of State,

    Defendant.
_____

| | |
|---|---|
| John J. Bursch (P57679) | Charles R. Spies (P83260) |
| Attorney for Plaintiffs | Ariana D. Pellegrino (P79104) |
| 9339 Cherry Valley Ave, SE, #78 | Attorneys for Plaintiffs |
| Caledonia, MI  48316 | 500 Woodward Avenue, Ste 4000 |
| 616.450.4235 | Detroit, MI  48226 |
| | 313.223.3500 |
| Heather S. Meingast (P55439) | |
| Erik A. Grill (P64713) | Christopher M. Trebilcock (P62101) |
| Assistant Attorneys General | Attorney for Plaintiffs |
| Attorneys for Defendant | 500 Woodward Ave, Ste 3500 |
| P.O. Box 30736 | Detroit, MI  48226 |
| Lansing, Michigan  48909 | 313.965.8300 |
| 517.335.7659 | |

                                                   /

**STIPULATED ORDER EXTENDING TIME FOR THE PARTIES TO FILE
RESPONSE, REPLY AND SUR-REPLY**

    The parties hereby stipulate and agree to a 14 day extension for the parties to file their response, reply and sur-reply:

**IT IS HEREBY ORDERED** that Defendant's response to Plaintiff's motion for summary judgment is extended to June 8, 2020, Plaintiffs' reply to Defendant's response is due June 22, 2020, and Defendant's sur-reply is due July 6, 2020.

Date: _____                    _____
                                    HON. JANET T. NEFF
                                    District Court Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/John J. Bursch (w/consent)*           Dated:  May 22, 2020
John J. Bursch (P57679)
Attorney for Plaintiffs
9339 Cherry Valley Ave, SE, #78
Caledonia, MI  48316
616.450.4235

*s/Erik A. Grill*                        Dated:  May 22, 2020
Erik A. Grill (P64713)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan  48909
517.335.7659